IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Petitioner, | § |
| | § Civil Action No. 3:05-CV-0425-D |
| VS. | § |
| | § |
| JEFFREY O. ANDERSON, | § |
| | § |
| Respondent. | § |

## **ORDER**

After making an independent review of the pleadings, files, and records in this case, and the April 8, 2005 findings and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct and are therefore adopted.

**SO ORDERED**.

April 26, 2005.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE